**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6166**

SHAHID L. A. MAJID, a/k/a Shahid Majid,

Plaintiff - Appellant,

v.

CLERK SHARON STAGGERS, In her Official Capacity; SLED DIRECTOR MARK KEEL, In His Official Capacity; DEPUTY GENERAL COUNSEL PAUL T. HEARN, In His Official Capacity; SCDC,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Mary G. Lewis, District Judge. (0:24-cv-01452-MGL)

Submitted: November 25, 2025                    Decided: December 2, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shahid L. A. Majid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shahid L. A. Majid, a South Carolina inmate, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Majid's 42 U.S.C. § 1983 complaint, as amended, for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Majid v. Staggers*, No. 0:24-cv-01452-MGL (D.S.C. Feb. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*